## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

VESTER JOHNSON                                    CIVIL ACTION NO. 11-1471-P

VERSUS                                            JUDGE S. MAURICE HICKS, JR.

JULIE C. JONES, ET AL.                            MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to Section 1915(e) until such time as the <u>Heck</u> conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 21st day of May, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE